1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AUSTIN BILLY WILLIS, III,                    No. 2:13-CV-1599-CMK-P

12                    Petitioner,

13           vs.                                   ORDER

14   P.D. BRAZELTON,

15                    Respondent.

16   _____/

17           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.   Pending before the court is petitioner's motion for

19   leave to proceed in forma pauperis (Doc. 6).

20           Petitioner has not filed a complete application to proceed in forma pauperis, along

21   with a "certification from the warden or other appropriate officer of the place of confinement

22   showing the amount of money or securities that the petitioner has in any account in the

23   institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or

24   paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the

25   opportunity to submit either a completed application to proceed in forma pauperis, with the

26   required certification, or pay the appropriate filing fee.  As to the certification requirement, while

1

1  a copy of petitioner's prison trust account statement certified by prison officials is not required to

2  satisfy the requirement, such a statement will suffice.  Petitioner is warned that failure to comply

3  with this order may result in the dismissal of this action for lack of prosecution and failure to

4  comply with court rules and orders.  See Local Rule 110.

5             Accordingly, IT IS HEREBY ORDERED that:

6             1.      Petitioner shall submit on the form provided by the Clerk of the Court,

7  within 30 days from the date of this order, a complete application for leave to proceed in forma

8  pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

9             2.      The Clerk of the Court is directed to send petitioner a new form

10 Application to Proceed In Forma Pauperis By a Prisoner.

11

12  DATED:  August 23, 2013

13

14                                          CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26