IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN BILLY WILLIS, III, | No. 2:13-CV-1599-TLN-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. LACKNER, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion (Doc. 20) to substitute respondent.  Pursuant to Federal Rule of Civil Procedure 25(d), Heidi H. Lackner is substituted for her predecessor.  Petitioner's motion is granted and the Clerk of the Court is directed to update the docket to reflect the above caption.  Respondent's motion to dismiss and petitioner's motion for a stay will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

DATED: July 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1