**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN BILLY WILLIS, III, | No. 2:13-CV-1599-TLN-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| HEIDI H. LACKNER, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The findings and recommendations issued on November 5, 2014, are hereby vacated in light of petitioner's objections.  Amended findings and recommendations will be issued herewith.

IT IS SO ORDERED.

DATED:  February 27, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1